COM.

v.

**SMITH, M.**

**808 WDA 2016**

Superior Court of Pennsylvania.

04/17/2017

CP–25–CR–0002956–2015, (Erie)

Affirmed

■

COM.

v.

**GRIER, E.**

**847 WDA 2016**

Superior Court of Pennsylvania.

04/17/2017

CP–25–CR–0002646–1999 (Erie)

Affirmed

■

**MCCARTHY, M.**

v.

**MCCARTHY, P.**

**1013 WDA 2016**

Superior Court of Pennsylvania.

04/17/2017

82 of 2015 O.C. (Lawrence)

Affirmed

COM.

v.

**HINTON, V.**

**1066 WDA 2016**

Superior Court of Pennsylvania.

Filed 04/17/2017

CP–02–CR–0011856–1995 (Allegheny)

Affirmed

■

**COM.**

v.

**BROWN, D.**

**1175 WDA 2016**

Superior Court of Pennsylvania.

04/17/2017

CP–25–CR–0000609–2016,   CP–25–CR–0003556–2015 (Erie)

Affirmed—Application to Withdraw as Counsel Granted